

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-14-00260-CV

**ONE (1) 1992 CHEVROLET PK, VIN. 1GCEC14Z4NE164549**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13890
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

On November 24, 2014, Appellant Timothy Knoeppel filed a Reply brief and motion for extension of time requesting an extension to November 24, 2014 to file his Reply brief. The motion is granted. Appellant's Reply brief is filed by this court on November 24, 2014.

It is so **ORDERED** on December 3, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court